IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FAMILY MEDICINE PHARMACY LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GLOBAL LLC d/b/a GLOBAL PHARMACEUTICALS WHOLESALE,** )<br>)<br>Defendant. ) | Civil Action No.: 1:15-cv-00564-C<br>Magistrate Judge William E. Cassady |

## NOTICE OF SETTLEMENT

The parties hereby advise this Honorable Court that a settlement agreement has been executed and that the parties are in the process of finalizing execution of the terms of the settlement agreement.

Respectfully submitted on this the 1st of April, 2016.

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for Plaintiff*

/s/ James H. McFerrin
James H. McFerrin
**McFERRIN LAW FIRM, LLC**
265 Riverchase Parkway East, Suite 202
Hoover, Alabama 35244
P: 205.870.5704
F: 205.250.7675

E: jhmcferrin@bellsouth.net
*Attorney for Plaintiff*


/s/ Patrick H. Sims
Patrick H. Sims
**Cabaniss, Johnston, Gardner, Dumas & O'Neal**
P.O. Box 2906
Mobile, Alabama 36652
P: 251.415.7300
F: 251.415.7350
E: phs@cabaniss.com
*Attorney for Defendant*
.