## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**FAMILY MEDICINE PHARMACY, LLC,** )

       **Plaintiff.** )
                    )
                    ) **Civil Action No. 1:15-cv-00564-C**

**v.** )
                    ) **Magistrate Judge William E. Cassady**

**GLOBAL, LLC d/b/a GLOBAL** )
**PHARMACETUICALS WHOLESALE,** )
                    )

       **Defendant.**

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Family Medicine Pharmacy LLC (hereinafter "FMP") and Defendant Global LLC d/b/a Global Pharmaceuticals Wholesale (hereinafter "Global") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to (1) dismissal with prejudice of all claims asserted by FMP against Global in this case and (2) dismissal without prejudice of all claims asserted on behalf of the putative class in this case.

Respectfully submitted, this 20th day of April, 2016.

/s/Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann
**ZARZUAR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
fuli@zarzaur.com

/s/James H. McFerrin
James H. McFerrin
**MCFERRIN LAW FIRM LLC**
265 Riverchase Parkway East, Suite 202
Birmingham, AL 35244
Telephone: (205) 870-5704
Facsimile: (205) 985-5093
jhmcferrin@bellsouth.net
*Attorneys for Plaintiff*
*Family Medicine Pharmacy LLC*

/s/Patrick H. Sims
Patrick H. Sims
**CABANISS, JOHNSTON, GARDNER,**
    **DUMAS & O'NEAL LLP**
63 South Royal Street, Suite 700
Mobile, AL 36602
Tel:   (251) 415-7304
Fax:  (251) 415-7350
phs@cabaniss.com
*Attorneys for Defendant*
*Global, LLC d/b/a Global Pharmaceuticals*
*Wholesale*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2016 I filed a copy of the foregoing document

with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing

to all counsel of record:

/s/Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann